United States District Court
Southern District of Texas
**ENTERED**
December 09, 2015
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROGER CONNELL and RICHARD ASHCROFT, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, | § § § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. H-15-2841 |
| WELLS FARGO & COMPANY and WELLS FARGO ADVISORS, LLC, | § § § | |
| Defendants. | § § | |

## ORDER GRANTING UNOPPOSED MOTION TO RESET INITIAL CONFERENCE

Defendants' Unopposed Motion to Reset Initial Pretrial and Scheduling Conference, (Docket Entry No. 18), is granted. The Initial Pretrial and Scheduling Conference is reset for **January 15, 2016, at 8:30 a.m.** in Courtroom 11-B.

SIGNED on December 9, 2015, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge