United States District Court
Southern District of Texas
**ENTERED**
September 12, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ROGER CONNELL and RICHARD ASHCROFT On behalf of themselves and all others similarly situated, § § § § § | |
| Plaintiffs, § | CIVIL ACTION NO. H-15-2841 |
| § | |
| VS. § | |
| § | |
| WELLS FARGO & COMPANY, *et al.* § § | |
| Defendants. § | |

## FINAL JUDGMENT

Wells Fargo's motion to dismiss the complaint, (Docket Entry No. 35), is granted. In accordance with this court's Memorandum and Opinion of today's date, this action is dismissed with prejudice. Each party is to bear its own costs.

This is a final judgment.

SIGNED on September 12, 2016, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge